**Form ohnb227i** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)　　　　　Case Number **11−60343−rk**

# UNITED STATES BANKRUPTCY COURT
Northern District of Ohio

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on February 10, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. For more information regarding the U.S. Bankruptcy Court for the Northern District of Ohio, Local Rules, Bankruptcy Code, Forms and other information you may refer to our web page located at www.ohnb.uscourts.gov.

**See Reverse Side For Important Explanations.**

**Debtor(s) (name(s) and address):**
Theodora Beers
11323 Bradock Avenue
Canal Fulton, OH 44614

| All other names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names): | Case Number:<br>11−60343−rk<br><br>Last four digits of Social Security No./Taxpayer ID Nos.:<br>xxx−xx−2622 |
|---|---|
| **Attorney for Debtor(s) (name and address):**<br>Thomas W Kimmins<br>11 Lincoln Way East<br>Massillon, OH 44646−6631<br>Telephone number: (330) 837−4251 | **Bankruptcy Trustee (name and address):**<br>Michael V Demczyk<br>Canton<br>PO Box 867<br>12370 Cleveland Ave NW<br>Uniontown, OH 44685<br>Telephone number: (330) 699−6703 |

### Meeting of Creditors:
Date: **April 5, 2011**　　　　　　　　　　　　　　　　　　　　　　Time: **11:30 AM**
Location: **U.S. Bankruptcy Court, Room 194, Ralph Regula U.S. Courthouse, 401 McKinley Ave SW, Canton, OH 44702**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: June 6, 2011**
**Deadline to Object to Exemptions:**
**Thirty (30) days after the *conclusion* of the meeting of creditors.**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.
**Foreign Creditors:** A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File A Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth J. Hirz |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 11, 2011 |

# EXPLANATIONS

FORM ohnb227i

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.<br><br>Creditors who wish to be notified of abandonment proceedings must file a written request for notice with the Court prior to the conclusion of the 11 U.S.C. § 341 meeting. Otherwise, the Court may order abandonment with notice only to affected parties. See L.B.R. 2002–1(a). |
| Presumption of Abuse | If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. . The bankruptcy clerk's office must receive the complaint or motion and the required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0647-6           User: seshe                  Page 1 of 2                   Date Rcvd: Feb 11, 2011
Case: 11-60343                 Form ID: 226i                Total Noticed: 65


The following entities were noticed by first class mail on Feb 13, 2011.
 db          +Theodora Beers,   11323 Bradock Avenue,   Canal Fulton, OH 44614-8553
 aty          Thomas W Kimmins,   11 Lincoln Way East,   Massillon, OH 44646-6631
 tr          +Michael V Demczyk,   Canton,   PO Box 867,   12370 Cleveland Ave NW,   Uniontown, OH 44685-0867
20350893      AT&T,   P.O. Box 7951,   Westbury, NY 11590
20350894      AT&T Mobility,   5020 Ash Grove Road,   Springfield, IL 62711-6329
20350887     +Affinity Medical Center,   875 Eighth Street NE,   Massillon, OH 44646-8503
20350890     +Akron Children's Hospital,   One Perkins Square,   Akron, OH 44308-1063
20350891     +Akron General Health System,   400 Wabash Avenue,   Akron, OH 44307-2463
20350895     +Attorney Dwights L. Cain,   202 North Erie Street,   Toledo, OH 43604-5608
20350896     +Attorney Steven Yashnik,   3250 West Market Street,   Suite 14,   Akron, OH 44333-3318
20350897      Attorney Theodore Gullia, Jr.,   P.O. Box 16555,   Rocky River, OH 44116-0555
20350898     +Attorney Timothy Smock,   2425 E. Camelback Road,   Phoenix, AZ 85016-4200
20350899      Attorney William Huffman,   24441 Detroit Road, Ste. 200,   Westlake, OH 44145-1543
20350900     +Capital Business Resources, Inc.,   3562 Ridge Park Drive, Ste. B.,   Akron, OH 44333-9294
20350903     +Collection Company of America,   700 Longwater Drive,   Norwell, MA 02061-1796
20350904      Credit Bureau of Stark County,   P.O. Box 2714,   North Canton, OH 44720-0714
20350905     +Debt Credit Services,   2493 Romig Rd.,   PO Box 8129,   Akron, OH 44320-0129
20350906     +Department of Education/Sallie Mae,   P.O. Box 9635,   Wilkes Barre, PA 18773-9635
20350907     +Diversified Consultants,   PO Box 551268,   Jacksonville, FL 32255-1268
20350908     +Dr. Allen P. Keith,   P.O. Box 584,   2184 Locust Street,   Canal Fulton, OH 44614-9468
20350909     +Dr. James D. Jensen,   4580 Stephens Circle NW,   Suite 102,   Canton, OH 44718-3645
20350910     +EMP of Stark County LTD.,   c/o Escallate,   5200 Staoneham Road,   North Canton, OH 44720-1584
20350912      EOS CCA,   P.O. Box 806,   Norwell, MA 02061-0806
20350911      Enhanced Recovery Corp.,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
20350913     +Florida Power Light,   c/o NCO Financial Services,   P.O. Box 15391,   Wilmington, DE 19850-5391
20350914     +General Rent-All,   12500 Lincolnway East,   Orrville, OH 44667-9639
20350915     +Helen Corral,   3424 Silverton Lane,   Chesapeake Beach, MD 20732-4584
20350916     +Hooked on Phonics,   c/o Rickenbacker Group,   15005 Concord Circle,   Morgan Hill, CA 95037-5417
20350920     +Mercy Medical Center,   1320 Mercy Drive NW,   Canton, OH 44708-2641
20350921     +Modernpath, Inc.,   5620 Southwyck Blvd.,   Toledo, OH 43614-1501
20350922     +Nationwide Credit Corp.,   5503 Cherokee Avenue,   Alexandria, VA 22312-2307
20350923     +Nick Powell,   6034 Sandhurst Avenue NW,   Canton, OH 44718-1353
20353003      Ohio Dept of Taxation,   Attn: Bankruptcy Division,   PO Box 530,   Columbus, OH 43216-0530
20350924     +Ohio Dept. of Taxation (Wholesale),   City of Cleveland Clerk of Courts,   1200 Ontario Street,
               Cleveland, OH 44113-1645
20350926      PCB,   PO Box 29917,   Columbus, OH 43229-7517
20350927     +Physicians Credit Bureau,   3592 Corporate Drive, Ste. 105,   Columbus, OH 43231-4978
20350928     +Pinnacle Financial Group,   P.O. Box 4115,   Concord, CA 94524-4115
20350929      Professional Care Corporation,   P.O. Box 951103,   Cleveland, OH 44193-0005
20350930     +Republic Services, Inc.,   2800 Erie Street South,   Massillon, OH 44646-7915
20350932      Rossman,   3592 Corporate Drive,   Columbus, OH 43231-4978
20350933      Sakal Services, Inc.,   P.O. Box 508,   Defiance, OH 43512-0508
20350934     +Sallie Mae,   11100 USA Parkway,   Fishers, IN 46037-9203
20350936     +Sherri Beven Walsh,   220 South Balch Street,   Suite 118,   Akron, OH 44302-1638
20350937      Sprint,   P.O. Box 7993,   Overland Park, KS 66207-0993
20350938      Stark County Anesthesia,   P.O. Box 71-0818,   Columbus, OH 43271-0818
20350939     +Stark County ER Physicians,   P.O. Box 20670,   Canton, OH 44701-0670
20350941      State of Ohio Dept. of Taxation,   P.O. Box 182402,   Columbus, OH 43218-2402
20350940     +State of Ohio Dept. of Taxation,   150 East Gay Street,   21st Floor,   Columbus, OH 43215-3191
20350942     +Thomas & Thomas Attorneys at Law,   2323 Park Avenue,   Cincinnati, OH 45206-2711
20350943     +Thomas Castleberry,   c/o Attorney Timothy Smock,   2425 E. Camelback Road,
               Phoenix, AZ 85016-4200
20350944     +Treasurer of the State of Ohio,   c/o Petersen & Ibold,   401 South Street,
               Chardon, OH 44024-2805
20350945     +TridetAsset.Com,   P.O. Box 888424,   Atlanta, GA 30356-0424
20350946     +United Collection Bureau, Inc.,   P.O. Box 140190,   Toledo, OH 43614-0190
20350947      Vonage,   c/o Penn Credit Corporation,   P.O. Box 988,   Harrisburg, PA 17108-0988
20350888     +afni,   P.O. Box 3097,   Bloomington, IL 61702-3097

The following entities were noticed by electronic transmission on Feb 11, 2011.
20350889     +EDI: AFNIRECOVERY.COM Feb 11 2011 17:33:00     Afni,   404 Brock Drive,   P.O. Box 3317,
               Bloomington, IL 61701-2654
20350892      EDI: ALLTEL.COM Feb 11 2011 17:28:00     Alltel Communications,   One Allied Drive,
               Building 4, Third Floor,   Little Rock, AR 72202-2099
20350901     +E-mail/Text: jraichel@cms-collect.com                           Capital Mgmt. Services, LP,
               726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
20350902      EDI: CINGMIDLAND.COM Feb 11 2011 17:33:00     Cingular Wireless,   P.O. Box 772349,
               Ocala, FL 34477-2349
20350906     +EDI: SALMAEDEPTEDUC.COM Feb 11 2011 17:33:00     Department of Education/Sallie Mae,
               P.O. Box 9635,   Wilkes Barre, PA 18773-9635
20350917      EDI: IRS.COM Feb 11 2011 17:28:00     Internal Revenue Service,   P.O. Box 480,
               Holtsville, NY 11742-0480
20350918      EDI: IRS.COM Feb 11 2011 17:28:00     Internal Revenue Service,   1973 North Rulon White Blvd.,
               Ogden, UT 84201-0040
20350919     +EDI: RESURGENT.COM Feb 11 2011 17:33:00     LVNV Funding LLC,   PO Box 10497,
               Greenville, SC 29603-0497
20350925     +E-mail/Text: ldarrah@omniorthopaedics.com                           Omni Orthopaedics,
               4760 Belpar Street NW,   Canton, OH 44718-3603
20350931     +EDI: RESURGENT.COM Feb 11 2011 17:33:00     Resurgent Capital Services,   P.O. Box 10587,
               Greenville, SC 29603-0587
20350934     +EDI: SALMAESERVICING.COM Feb 11 2011 17:33:00     Sallie Mae,   11100 USA Parkway,
               Fishers, IN 46037-9203
```

```
The following entities were noticed by electronic transmission (continued)
20350935     +EDI: SEARS.COM Feb 11 2011 17:28:00      Sears/CBSD,    701 East 60th Street North,    P.O. Box 6241,
              Sioux Falls, SD 57117-6241
                                                                                                    TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2011**                    **Signature:**        _Joseph Speetjens_